L. ROBERT MURRAY
Assistant United States Attorney
District of Wyoming
Post Office Box 668
Cheyenne, WY  82003-0668
(307) 772-2124

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA**,       ) | |
|                                                             ) | |
|         Plaintiff,                                    ) | |
|                                                             ) | |
|         v.                                                ) | **Case No. 10-CR-79-S** |
|                                                             ) | |
| **CHRISTOPHER ROCCO VIGIL**, ) | |
|                                                             ) | |
|         Defendants.                              ) | |

## JOINT STATUS REPORT

Pursuant to the Court's **MINUTE ORDER** of February 7, 2013, the parties hereto, the United States of America by and through its attorney, L. Robert Murray, Assistant United States Attorney for the District of Wyoming, and the Defendant, Christopher Rocco Vigil, by and through his attorney, Nicholas H. Carter, and do hereby jointly respond and respectfully submits the following:

The parties are in the process of plea negotiations. It is anticipated that a plea agreement in this matter will be reached, obviating the need for a trial on February 25, 2013.

Should matters change, parties will advise the Court as soon as possible.

DATED this 11th day of February, 2013.

                                  CHRISTOPHER A. CROFTS
                                  United States Attorney


By:    /s/L. Robert Murray
        L. ROBERT MURRAY
        Assistant United States Attorney

**CERTIFICATE OF SERVICE**

This is to certify that on this February 11, 2013, a true and correct copy of the foregoing **JOINT STATUS REPORT** was electronically served upon Nicholas H. Carter at attorneys@nickcarterlaw.net.

                                  /s/Louisa G. Cruz
                                  For the United States Attorney's Office