ORIGINAL
FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2013 FEB 20　AM 10 02

STEPHAN HARRIS, CLERK
CHEYENNE

L. Robert Murray
Assistant United States Attorney
District of Wyoming
Post Office Box 668
Cheyenne, WY 82003-0668
(307) 772-2124

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | No. **10-CR-79-S** |
| v. ) | |
| **CHRISTOPHER ROCCO VIGIL**, ) | |
| Defendant. ) | |

## MOTION FOR LEAVE OF COURT TO
## FILE DISMISSAL OF THE INDICTMENT WITHOUT PREJUDICE

The United States Attorney for the District of Wyoming moves the Court for leave to file a dismissal of the indictment against the defendant **Christopher Rocco Vigil** in the above-entitled case pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure for the reason that the defendant has previously been convicted and is pending sentencing in Criminal Docket 08-CR-108-S. To save prosecution resources and in the interest of judicial economy, it is in the best interests of justice for the Court to grant this motion.

DATED this 20th day of February, 2013.

Respectfully submitted,

CHRISTOPHER A. CROFTS
United States Attorney

By: _____
L. ROBERT MURRAY
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2013, a copy of the foregoing **MOTION FOR LEAVE OF COURT TO FILE DISMISSAL OF THE INDICTMENT** was served upon Nicholas H. Carter at attorneys@nickcarterlaw.net.

_____
United States Attorney's Office